UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| APRIL ARACRI | |
| *Plaintiff* | C.A. No. 1:17-cv-00030 |
| v. | REMOVED FROM: |
| | SUPERIOR COURT FOR THE |
| U.S. BANK TRUST, N.A., | STATE OF RHODE ISLAND |
| as TRUSTEE FOR LSF9 MASTER | PROVIDENCE COUNTY |
| PARTICIPATION TRUST; and | (State Court No. PC-2016-5918) |
| CALIBER HOME LOANS, INC. | |
| *Defendants* | |

## NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, **Kennell M. Sambour**, as attorney for Defendants U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. in the above-captioned action.

        U.S. BANK TRUST, N.A., as TRUSTEE FOR
        LSF9 MASTER PARTICIPATION TRUST;
        and CALIBER HOME LOANS, INC.,

        By their attorney,

        /s/ Kennell M. Sambour
        Kennell M. Sambour (#9044)
        ksambour@daypitney.com
        Day Pitney LLP
        One International Place
        Boston, MA 02110
        T: (617) 345-4600
Date: January 25, 2017        F: (617) 345-4745

96393786.1

-2-

## CERTIFICATION OF SERVICE

  I hereby certify that on January 25, 2017, a copy of the foregoing document was electronically filed via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF System. Service on the counsel of record listed below has been effectuated by way of first-class mail:

John Ennis
jbelaw@aol.com
1200 Reservoir Avenue
Cranston, RI 02920
T: (401) 943-9230

                 /s/ Kennell M. Sambour