# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| APRIL ARACRI | |
| *Plaintiff* | C.A. No. 1:17-cv-00030 |
| v. | REMOVED FROM: |
| | SUPERIOR COURT FOR THE |
| U.S. BANK TRUST, N.A., | STATE OF RHODE ISLAND |
| as TRUSTEE FOR LSF9 MASTER | PROVIDENCE COUNTY |
| PARTICIPATION TRUST; and | (State Court No. PC-2016-5918) |
| CALIBER HOME LOANS, INC. | |
| *Defendants* | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CALIBER HOME LOANS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Caliber Home Loans, Inc. ("Caliber"), certifies that Caliber is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company. LSF6 Service Operations, LLC is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of its stock.

Dated: January 25, 2017

CALIBER HOME LOANS, INC.,

By its attorney,

/s/ Kennell M. Sambour
Kennell M. Sambour (#9044)
ksambour@daypitney.com
Day Pitney LLP
One International Place
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 25, 2017, a copy of the foregoing document was electronically filed via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF System. Service on the counsel of record listed below has been effectuated by way of first-class mail:

John Ennis
jbelaw@aol.com
1200 Reservoir Avenue
Cranston, RI 02920
T: (401) 943-9230

/s/ Kennell M. Sambour

96379985.1

-2-